**Electronically Filed
Supreme Court
SCAP-23-0000088
16-OCT-2025
08:52 AM
Dkt. 43 ODMR**

SCAP-23-0000088

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Plaintiff-Appellee,

vs.

BERNARD BROWN,
Defendant-Appellant.

---

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CAAP-23-0000088; CASE NO. 2CPC-20-0000652)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ.[1])

Upon consideration of Defendant-Appellant Bernard Brown's motion for reconsideration of the opinion filed on September 30, 2025 and the record herein,

It is ordered that the motion is denied.

DATED: Honolulu, Hawaiʻi, October 16, 2025.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens



---

[1] Chief Justice Mark E. Recktenwald, who was a member of the court when the case was decided, retired on September 30, 2025.